

ORIGINAL

FILED

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0054

---

SHANDOR S. BADARUDDIN,

    Plaintiff and Appellant,

v.

STATE OF MONTANA and the NINETEENTH
JUDICIAL DISTRICT COURT, HONORABLE
MATTHEW CUFFE, Presiding,

    Defendants and Appellees.

---

FILED

JUN 2 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Donald Manwell Falk of San Francisco, California, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Donald Manwell Falk to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Donald Manwell Falk, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 21st day of June, 2022.

For the Court,

By _____
            Chief Justice